## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN OSCAR KALU,      :
            :
 Petitioner       :
            : CIVIL NO. 3:CV-17-0685
 v.           :
            : (Judge Caputo)
WARDEN SPAULDING,     :
            :
 Respondent      :

### MEMORANDUM

**THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:**

On April 9, 2017, Petitioner, John Oscar Kalu, a federal inmate formerly housed at the Allenwood Federal Correctional Institution in White Deer, Pennsylvania, filed this *pro se* civil action for habeas corpus relief pursuant to 28 U.S.C. § 2241. (ECF No. 1.) On May 8, 2017, the Court denied Mr. Kalu's request to proceed without prepayment of the $5.00 filing fee as he had sufficient funds in his inmate account to pay the fee. *See* ECF No. 6, Order. Mr. Kalu was directed to pay the filing fee within twenty-one days of the Court's order or his action would be dismissed without prejudice. (*Id.*)

The deadline has passed and Mr. Kalu has neither submitted the filing fee nor requested an extension of time in which to do so. Consequently, Mr. Kalu's petition for writ of habeas corpus will be dismissed without prejudice.

An appropriate Order will follow.

_____
**A. RICHARD CAPUTO**
**United States District Judge**

DATE: JUNE __7__, 2017